IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DENNIS THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-850-NJR-DGW |
| | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court are various motions:

Plaintiff first states that he did not receive a Motion for Extension of Time filed by Defendants on July 8, 2016 (Doc. 47) (even though it was served by mail) and seeks an Order directing Defendants to serve him with motions filed in this Court. Defendants are aware of their obligation to serve motions and papers and do not require instruction from the Court. As Plaintiff has set forth no prejudice, the Motion is **DENIED** (Doc. 58).

Plaintiff next seeks to supplement his response to the Motion for Summary Judgment on Exhaustion (Doc. 50). The Motion is **GRANTED** (Doc. 60). The Clerk of Court is **DIRECTED** to file the amended response and it will be considered by the Court.

Plaintiff's Motion to Compel is **DENIED** (Doc. 64). Plaintiff already has responded to the Motion for summary Judgment on exhaustion. As such, discovery related to the same is presumably not necessary for such a response. Second, the Court has reviewed the interrogatories and answers submitted by Plaintiff. The Court finds that the answers are sufficient and, to the extent that no answer was given, finds that the interrogatories relate to the merits of this case;

Plaintiff may re-serve these discovery requests once the exhaustion issue has been determined. Finally, to the extent that Defendants have not supplemented discovery responses within the time expected by Plaintiff, the Court again notes that Defendants are aware of their obligations under the Federal Rules and an Order directing compliance is not necessary at this point.

Plaintiff's Motion to Stay is **DENIED** (Doc. 65) along with the Motion to Clarify the same (Doc. 75).

Plaintiff's Second Motion to Compel also is **DENIED** (Doc. 66) for the reasons set forth above as to Plaintiff's interrogatories.

Plaintiff's Motion for Leave to File a Status Briefing is **GRANTED** (Doc. 76). The Court will consider the information contained in the Motion when the issue of injunctive relief is considered. The Clerk of Court is **DIRECTED** to refile the Motion as a reply to the responses (Docs. 71 and 72).

**IT IS SO ORDERED.**

**DATED: August 29, 2016**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**